**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAIRO MARTINEZ, | ) |
| | ) CIVIL ACTION NO.: |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| WOLFGANG OPERATIONS, | ) |
| LLC d/b/a WOLFGANG | ) |
| CONFECTIONERS, | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Jairo Martinez, a resident of York County, Pennsylvania, by and through his attorneys, brings this civil action for damages against the above-named Defendant, Wolfgang Operations, LLC d/b/a Wolfgang Confectioners, demands a trial by jury, and complains and alleges as follows:

## JURISDICTION AND VENUE

1.    Jurisdiction of the claims set forth in this Complaint is proper in this judicial district pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), Section 1981 of the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981 ("Section 1981") , and 28 U.S.C. §§ 1331 and 1343.

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to these claims occurred in this judicial district.

**THE PARTIES**

3.     Plaintiff, Jairo Martinez ("Mr. Martinez" or "Plaintiff"), is an adult male individual residing at 1279 East Poplar Street, York, York County, Pennsylvania 17403.

4.     Mr. Martinez's race is Hispanic.

5.     Defendant, Wolfgang Operations, LLC d/b/a Wolfgang Confectioners ("Wolfgang"), is a Pennsylvania limited liability company which maintains a business address at 122 North Street, York, York County, Pennsylvania 17403.

6.     Wolfgang produces private label confections and snacks for many national retailers, works with specialty confection entrepreneurs to innovate new products, and also providing contract manufacturing services for large snack and confectionary companies throughout the northeast United States.

7.     At all times relevant and material hereto, Wolfgang employed more than fifteen (15) employees.

**ADMINISTRATIVE PROCEEDINGS**

8.     On or about September 19, 2024, Mr. Martinez filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") which was docketed as Charge No. 530-2024-09572.

9.     Mr. Martinez has been advised by the EEOC of his right to sue in federal court, which notice was received by Mr. Martinez on February 6, 2025.

2

10.    All necessary and appropriate administrative prerequisites to this action have been met.

## STATEMENT OF FACTS

11.    Mr. Martinez was hired by Wolfgang to work at its facility in York, Pennsylvania on or about June 16, 2020.

12.    Mr. Martinez worked as a Packaging Machine Operator prior to his termination on or about August 23, 2024.

13.    Wolfgang advised Mr. Martinez that he was terminated for an alleged lock-out tag-out safety violation; however, Mr. Martinez had not committed any violation and was following the procedures as he had been trained.

14.    Furthermore, the alleged violation did not result in any injuries or damage to property.

15.    Mr. Martinez had a good employment record and had not received any warnings prior to his termination.

16.    Mr. Martinez was discriminated against due to his race, Hispanic.

17.    Throughout the course of Mr. Martinez's employment with Wolfgang, the company was very quick to terminate Hispanic employees for any alleged violations, while White/Caucasian workers often committed serious violations and were not terminated, even if the violations result in injuries.

18.    For instance, a White/Caucasian employee named George Sollenberger committed a safety violation which resulted in a partial amputation of his thumb, and he was not terminated.

19.    Additionally, Wolfgang's supervisors were derogatory and dismissive of Hispanic employees, and would refer to anyone who was Hispanic as "Mexicans," regardless of whether the individual was actually Mexican.

20.    Wolfgang violated Title VII and Section 1981 by discriminating against Mr. Martinez on the basis of his race by terminating Mr. Martinez, who is Hispanic, and not terminating non-Hispanic co-workers who committed violations which were similar to or worse than the alleged violation committed by Mr. Martinez.

## COUNT I

### TITLE VII VIOLATIONS
### RACE DISCRIMINATION

21.    All prior paragraphs are incorporated herein as if set forth fully below.

22.    Wolfgang violated Title VII by discriminating against Mr. Martinez on the basis of his race, resulting in his termination.

23.    As a consequence of Wolfgang's discriminatory actions, Mr. Martinez was subjected to emotional distress, humiliation, ridicule, and a negative effect on his work product and ability to fully and effectively perform his job duties and responsibilities, all of which manifested itself in mental and physical distress, injury, and damage.

24.    As a result of Wolfgang discriminatory actions, Mr. Martinez has suffered economic loss, emotional distress, and a loss of self-respect and confidence, and he has been subjected to great damage to his career and professional standing.

25.    The actions of Wolfgang set forth above constitute violations of Mr. Martinez's federal civil rights under Title VII.

**WHEREFORE**, Plaintiff, Jairo Martinez, seeks damages against Defendant, Wolfgang Operations, LLC d/b/a Wolfgang Confectioners, as set forth in the *Ad Damnum* clause of the instant Complaint, infra.

## COUNT II

### 42 U.S.C. § 1981 VIOLATION
### RACE DISCRIMINATION

26.    All prior paragraphs are incorporated herein as if set forth fully below.

27.    At all times relevant herein, Mr. Martinez maintained or sought to maintain a contractual relationship with Wolfgang (i.e., an employment relationship).

28.    At all times relevant herein, Wolfgang acted by and through its agents, servants, and employees, to intentionally discriminate against Mr. Martinez on the basis of his race, Hispanic, and thereby deny him the benefits of the contractual relationship he had entered into with Wolfgang.

29.    As a consequence of Wolfgang's discriminatory actions and failures to act, Mr. Martinez was subjected to emotional distress, humiliation, ridicule, and a

5

negative effect on his work product and ability to fully and effectively perform his job duties and responsibilities, all of which manifested itself in mental and physical distress, injury, and damage.

30.    As a result of Wolfgang's discriminatory actions, Mr. Martinez has suffered economic loss, emotional distress, and a loss of self-respect and confidence, and he has been subjected to great damage to his career and professional standing.

31.    The actions of Wolfgang set forth above constitute violations of Mr. Martinez's federal civil rights under Section 1981.

**WHEREFORE**, Plaintiff, Jairo Martinez, seeks damages against Defendant, Wolfgang Operations, LLC d/b/a Wolfgang Confectioners, as set forth in the *Ad Damnum* clause of the instant Complaint, infra.

### *AD DAMNUM* CLAUSE/PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Jairo Martinez, prays that the Court enter judgment in his favor and against the Defendant, Wolfgang Operations, LLC d/b/a Wolfgang Confectioners, and that the Court enter an Order as follows:

a.    Defendant is to be permanently enjoined from discriminating or retaliating against Plaintiff on the basis of his race and/or any basis prohibited under applicable federal law;

b.    Defendant is to be prohibited from continuing to maintain its illegal policy, practice, or custom of discriminating and/or retaliating against

employees based on their race and is to be ordered to promulgate an effective policy against such discrimination and retaliation and to adhere thereto;

c.   Defendant is to compensate Plaintiff, reimburse Plaintiff, and to make Plaintiff whole for any and all pay and benefits Plaintiff would have received had it not been for Defendant's illegal actions, including but not limited to back pay, front pay, salary, pay increases, bonuses, medical and other benefits, training, promotions, pension and seniority. Plaintiff should be accorded those benefits illegally withheld from the date he first suffered discrimination at the hands of Defendant until the date of verdict;

d.   Plaintiff is to be awarded actual damages, as well as damages for the pain, suffering, and humiliation caused to him by Defendant's actions;

e.   Plaintiff is to be awarded punitive damages pursuant to Title VII and Section 1981;

f.   Plaintiff is to be accorded any and all other equitable and legal relief as the Court deems just, proper, and appropriate;

g.   Plaintiff is to be awarded the costs and expenses of this action and reasonable legal fees as provided by applicable federal law;

h.    Any verdict in favor of Plaintiff is to be molded by the Court to maximize the financial recovery available to Plaintiff in light of the caps on certain damages set forth in applicable law;

i.    Plaintiff is to be granted such additional injunctive or other relief as he may request during the pendency of this action in an effort to ensure Defendant does not engage – or cease engaging – in illegal retaliation against Plaintiff or other witnesses to this action; and

j.    The Court is to maintain jurisdiction of this action after verdict to ensure compliance with its Orders therein.

## **DEMAND FOR JURY**

Pursuant to Federal Rule of Civil Procedure 38(b) and otherwise, Plaintiff respectfully demands a trial by jury.

Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

Dated:  March 18, 2025

*/s/ Larry A. Weisberg*
Larry A. Weisberg (PA 83410)
lweisberg@weisbergcummings.com

*/s/ Derrek W. Cummings*
Derrek W. Cummings (PA 83286)
dcummings@weisbergcummings.com

*/s/ Steve T. Mahan*
Steve T. Mahan (PA 313550)
smahan@weisbergcummings.com

8

*/s/ Michael J. Bradley*
Michael J. Bradley (PA 329880)
mbradley@weisbergcummings.com

2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (FAX)

Attorneys for Plaintiff